## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHASI 2004-7, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN IT'S CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, | : No. 281 MAL 2017 <br><br> : Petition for Allowance of Appeal from : the Order of the Superior Court |
| Respondents | |
| v. | |
| STEVEN E. BACH AND BARBARA A. BACH, | |
| Petitioners | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.